FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 05 2023
TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR 00090 JM |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| RODRICK ALEXANDER | ) | 21 U.S.C. § 841(b)(1)(D) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about November 4, 2021, in the Eastern District of Arkansas, the defendant,

RODRICK ALEXANDER,

knowingly and intentionally possessed with intent to distribute 50 grams or more but less than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT TWO

On or about November 4, 2021, in the Eastern District of Arkansas, the defendant,

RODRICK ALEXANDER,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT THREE

On or about January 5, 2022, in the Eastern District of Arkansas, the defendant,

RODRICK ALEXANDER,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### FORFEITURE ALLEGATION ONE

Upon conviction of Count One, Two, or Three of this Indictment, the defendant, RODRICK ALEXANDER, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

### FORFEITURE ALLEGATION TWO

Upon conviction of Count One. Two, or Three of this Indictment, the defendants, RODRICK ALEXANDER shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

[END OF TEXT. SIGNATURE PAGE TO FOLLOW.]